IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VONAGE HOLDINGS, CORP., and VONAGE NETWORK, INC.,** | ) ) ) | CASE NO. 4:07CV3277 |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) ) | ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| **NEBRASKA PUBLIC SERVICE COMMISSION, and ROD JOHNSON, FRANK E. LANDIS, JR., ANNE C. BOYLE, TIM SCHRAM, GERALD L. VAP, each and all in their official capacities as Commissioners of the Nebraska Public Service Commission, and JEFFREY L. PURSLEY, in his official capacity as Director of the Nebraska Telecommunications Infrastructure and Public Safety Department of the Nebraska Public Service Commission,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

IT IS ORDERED:

1. An evidentiary hearing and oral argument relating to the Plaintiffs' Motion for Preliminary Injunction (Filing No. 3) is scheduled to commence before the undersigned at 1 o'clock p.m. on Thursday, February 14, 2008, in Courtroom No. 2, on the third floor of the Roman L. Hruska United States Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

2. The parties may submit a proposed order on the briefing schedule for the Court's consideration by e-mailing it to smithcamp@ned.uscourts.gov.

3. Because of time limitations, the parties are directed to file in advance of the hearing any affidavits or declarations in support of their respective positions.

DATED this 16th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge