IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VONAGE HOLDINGS, CORP., and VONAGE NETWORK, INC., | ) ) ) | CASE NO. 4:07CV3277 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| NEBRASKA PUBLIC SERVICE COMMISSION, and ROD JOHNSON, FRANK E. LANDIS, JR., ANNE C. BOYLE, TIM SCHRAM, and GERALD L. VAP, each and all in their official capacities as Commissioners of the Nebraska Public Service Commission, and JEFFREY L. PURSLEY, in his official capacity as Director of the Nebraska Telecommunications Infrastructure and Public Safety Department of the Nebraska Public Service Commission, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Defendants shall submit their brief in opposition to Plaintiffs' Motion for Preliminary Injunction (Filing No. 3) no later than January 28, 2008.

2. Plaintiffs shall submit their reply brief to Defendants' brief in opposition no later than February 7, 2008.

DATED this 18th day of January, 2008

BY THE COURT:

s/Laurie Smith Camp
United States District Judge