# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VONAGE HOLDINGS, CORP., and VONAGE NETWORK, INC.,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**NEBRASKA PUBLIC SERVICE COMMISSION, and ROD JOHNSON, FRANK E. LANDIS, JR., ANNE C. BOYLE, TIM SCHRAM, GERALD L. VAP, each and all in their official capacities as Commissioners of the Nebraska Public Service Commission, and JEFFREY L. PURSLEY, in his official capacity as Director of the Nebraska Telecommunications Infrastructure and Public Safety Department of the Nebraska Public Service Commission,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **CASE NO. 4:07CV3277**<br><br>**ORDER** |

This matter is before the Court on an "Emergency Motion" filed by the potential intervenors,[1] in which the Defendants have joined, seeking to extend the briefing schedule and to postpone the hearing on the Plaintiffs' motion for preliminary injunction. The briefing schedule was set based on the parties' stipulation, and the hearing has been scheduled for February 14, 2008, at 1 p.m.

---

[1] The following entities have moved to intervene: Arlington Telephone Company, the Blair Telephone Company, Cambridge Telephone Company, Clarks Telecommunications Co., Consolidated Teleco, Inc., Consolidated Telecom, Inc., Consolidated Telephone Company, Eastern Nebraska Telephone Company, Great Plains Communications, Inc., Hartington Telecommunications Co., Inc., Hershey Cooperative Telephone Co., K & M Telephone Company, Inc., the Nebraska Central Telephone Company, Northeast Nebreaska Telephone Company, Rock County Telephone Company, Stanton Telecom, Inc. and Three River Telco.

Given the Court's full schedule and relying on the Plaintiffs' representation that they will file their brief in opposition to the motion to intervene ahead of the schedule set forth in the Court's local rules, the Court is not persuaded that any changes to the progression of this matter should be made. The potential intervenors are invited to provide brief(s) as amici curiae on the issues raised in the Plaintiffs' motion for preliminary injunction. In addition, the Court also will hear counsel, including counsel for the potential intervenors, on the motion to intervene during the February 14, 2008 hearing. Accordingly,

IT IS ORDERED:

1. The Emergency Motion for an Extension of the Briefing Schedule and Hearing Date (Filing Nos. 53 and 54) is denied;
2. The potential intervenors are given leave to file brief(s) as amici curiae provided such brief(s) are filed on or before February 7, 2008; and
3. Both the motion to intervene and the motion for preliminary injunction will be considered during the hearing on February 14, 2008.

DATED this 28th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge