IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VONAGE HOLDINGS, CORP., and VONAGE NETWORK, INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>NEBRASKA PUBLIC SERVICE COMMISSION, and ROD JOHNSON, FRANK E. LANDIS, JR., ANNE C. BOYLE, TIM SCHRAM, GERALD L. VAP, each and all in their official capacities as Commissioners of the Nebraska Public Service Commission, and JEFFREY L. PURSLEY, in his official capacity as Director of the Nebraska Telecommunications Infrastructure and Public Safety Department of the Nebraska Public Service Commission,<br><br>        Defendants. | 4:07CV3277<br><br>ORDER |

    This matter is before the court on a pro se motion [110] for reconsideration, for leave to intervene, and for leave to counterclaim filed by Jonathan Lee Riches, an inmate currently incarcerated in a federal correctional institution in Salters, South Carolina. The information offered by Mr. Riches bears no relationship to any issue in this lawsuit. In any event, the case has been stayed pending the resolution of an appeal now pending before the Eighth Circuit Court of Appeals.

    Based on its content, the motion is summarily denied as frivolous. The Clerk shall remove Mr. Riches from the docket as an "intervenor."

    **IT IS SO ORDERED.**

    **DATED July 31, 2008.**

                                                   **BY THE COURT:**

                                                 **s/ F.A. Gossett**
                                                 **United States Magistrate Judge**