IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VONAGE HOLDINGS, CORP., and VONAGE NETWORK, INC.,** | ) ) ) | **CASE NO. 4:07CV3277** |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) | **ORDER** |
| **NEBRASKA PUBLIC SERVICE COMMISSION, and ROD JOHNSON, FRANK E. LANDIS, JR., ANNE C. BOYLE, TIM SCHRAM, GERALD L. VAP, each and all in their official capacities as Commissioners of the Nebraska Public Service Commission, and JEFFREY L. PURSLEY, in his official capacity as Director of the Nebraska Telecommunications Infrastructure and Public Safety Department of the Nebraska Public Service Commission,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Notice of Appeal filed by Jonathan Lee Riches. According to the Notice of Appeal, Mr. Riches wishes to appeal this Court's denial of his motion to intervene in this case to the appeals court. The order denying Mr. Riches leave to intervene in the above-captioned case was dated and filed on July 31, 2008. Mr. Riches's notice of appeal was signed by him on September 2, 2008, and received by the Court on September 12, 2008.

IT IS ORDERED:

1. The Clerk of the Court is directed to file the notice of appeal under seal due to the outrageous comments which are clearly irrelevant to the issues in this case; and

2. The notice of appeal is deemed filed but not forwarded to the United States Court of Appeals for the Eighth Circuit until Jonathan Lee Riches pays the appropriate filing fee of $455.00.

DATED this 24th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge