IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VONAGE HOLDINGS, Corp., and VONAGE NETWORK, Inc., | ) ) ) | CASE NO. 4:07CV3277 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | ORDER |
| NEBRASKA PUBLIC SERVICE COMMISSION, ROD JOHNSON, in his official capacity as Commissioner of the Nebraska Public Service Commission, FRANK E. LANDIS, JR., in his official capacity as Commissioner of the Nebraska Public Service Commission, ANNE C. BOYLE, in her official capacity as Commissioner of the Nebraska Public Service Commission, TIM SCHRAM, in his official capacity as Commissioner of the Nebraska Public Service Commission, GERALD L. VAP, in his official capacity as Commissioner of the Nebraska Public Service Commission, and JEFFREY L. PURSLEY, in his official capacity as Director of the Nebraska Telecommunications Infrastructure and Public Safety Department of the Nebraska Public Service Commission, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Plaintiffs' Unopposed Motion for Permanent Injunction (Filing No. 128). In its Motion, the Plaintiff requests that the Court convert the existing temporary injunction in this case (Filing No. 94) into a permanent and final

injunction.  The Defendants have stipulated to this conversion.  (*See* Filing No. 128, Exh. A.)  Court finds the Motion should be granted.[1]

IT IS ORDERED:

1. The Plaintiffs' Unopposed Motion for Permanent Injunction (Filing No. 128) is granted;

2. The Preliminary Injunction (Filing No. 94) is hereby converted to a Permanent and Final Injunction; and

3. A separate judgment shall be filed, and upon filing the judgment, the Clerk may close this matter for all purposes.

DATED this 3rd day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] The Court also finds that the Court's entry of a permanent injunction shall not preclude Defendants, or their successors in office, from seeking relief from the permanent injunction order pursuant to Fed. R. Civ. P. 60(b)(5-6), or 60(d)(1), by requesting modification or dissolution in the event of changed circumstances.